UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                              CIVIL NO. 3:18CV0089-MPM-RP

$19,000.00, MORE OR LESS,
IN U.S. CURRENCY                                                             DEFENDANT

**DEFAULT JUDGMENT OF FORFEITURE**

A Verified Complaint for Forfeiture *in rem* was filed on April 16, 2018, against the Defendant property. The Complaint alleges that the Defendant property is subject to forfeiture pursuant to 21 U.S.C. §881.

The Clerk of Court, upon review of this matter, finds as follows:

1. That pursuant to Fed. R. Civ. P. 55(b)(1), the Clerk of the Court has the authority to enter this Default Judgment of Forfeiture as the Plaintiff=s claim is for a sum certain, namely, the forfeiture of the Defendant Property $19,000.00 in U.S. Currency (18-USP-000236).

2. Notice of this action was published on www.forfeiture.gov, an official government website, as required by Rule G (4)(a)(iv)(C), for at least thirty (30) consecutive days. Additionally, on June 19, 2018, a Notice of Judicial Forfeiture Proceedings was mailed via Certified Mail to Robert Robertson to the address he previously provided to the United States Postal Inspection Service. The notice provided that a claim was due to be filed on or before July 24, 2018. The Return Receipt was signed. No such valid claim has been filed.

3. That a Request for Clerk=s Entry of Default, with the attached Declaration of Samuel D. Wright, is on file in the office of the Clerk of this Court in this cause.   Docket #3.

5. That on February 6, 2019, the Clerk of the Court properly entered a Default against the Defendant property as no claim, answer or defense was filed by the above-stated dates or within the time permitted by Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims.   Docket #4.

6. That Plaintiff has requested that a Default Judgment of Forfeiture be entered against the Defendant property.   Docket #5.

It is, therefore:

**ORDERED AND ADJUDGED** that the Defendant property, $19,000.00 in U.S. Currency (18-USP-000236), shall be and is hereby FORFEITED to the United States of America and no right, title or interest in said Defendant property shall exist in any other person or party.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant Property forfeited to the United States shall be disposed of by the United States in accordance with applicable law.

SO ORDERED AND ADJUDGED this the 12th day of February, 2019.

        DAVID CREWS
        CLERK OF COURT

By:   s/ Jennifer L. Adams
      DEPUTY CLERK

Prepared and Submitted By:


/s/ SAMUEL D. WRIGHT
Samuel D. Wright [MB# 101425]
Assistant United States Attorney
900 Jefferson Ave.
Oxford, MS 38655
Tel: 662/234-3351
Fax: 662/234-3318
Samuel.Wright@usdoj.gov